IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01458-PSF-OES

CLARK S. SPALSBURY, JR.,

Plaintiff(s),

vs.

CYNTHIA SISSON, et al.;

Defendant(s).

ORDER DENYING PLAINTIFF'S
MOTION TO PERMIT FILING OF AMENDED RESPONSES
AND
ORDER STRIKING "PRELIMINARY RESPONSES"

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 20, 2005

Plaintiff has filed two documents that purport to be "preliminary responses" to the motions to dismiss that have been filed by defendants.  Additionally, plaintiff filed a motion that is entitled "Motion to Permit Filing of Amended Responses."

In effect, plaintiff is asking for the opportunity to file one draft of his responses to the motions now, and another draft at a later date.  Parties are not allowed to file "preliminary drafts" or "first drafts" of their motions or documents, holding in reserve the right or opportunity to cure the documents – or polish them up – at a later date.

It is therefore ORDERED as follows:

1.  Plaintiff's Motion to Permit Filing of Amended Responses [Doc. 142-1, filed 9/19/2005] is DENIED.

     2.  Plaintiff's Preliminary Response to Sisson's Motion to Dismiss Third Amended Complaint [Doc. 142-2, filed 9/19/2005] is STRICKEN.

     3.  Plaintiff's Preliminary response to "State Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint [Doc. 142-3, filed 9/19/2005] is STRICKEN.

     Dated at Denver, Colorado, this day of:  September 20, 2005

     BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge