IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01458-PSF-MEH

CLARK S. SPALSBURY, JR.,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
ERIC ROSE, Personally and as a Sergeant, Estes Park Police Department, Colorado;
JODI DRING, Personally and as an Officer, Park Police Department, Colorado;
GREG FELSINGER, Personally and as Lieutenant and Assistant Chief,
    Estes Park Police Department, Colorado;
CORY P. PASS, Personally and as an Officer, Park Police Department, Colorado;
CYNTHIA L. SISSON;
JAMES A. ALDERDEN, Sheriff, Larimer County, Colorado;
LARIMER COUNTY, STATE OF COLORADO, as Owner and Operator of
    Larimer County Detention Center;
RONALD SCHULTZ, as County Court Judge, 8th Judicial District,
    Larimer County, Colorado;
JAMES HIATT, as Chief and District Court Judge, 8th Judicial District,
    Larimer County, Colorado;
STEPHEN SCHAPANSKI, as District Court Magistrate, 8th Judicial District,
    Larimer County, Colorado; and
SHERLYN K. SAMPSON, Personally and as Clerk of Court, 8th Judicial District,
    Larimer County, Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on Plaintiff's Motion to Authorize Discovery (Dkt. # 200), filed May 3, 2006, and Motion for Time Enlargement to Respond to Attorney Fee Request (Dkt. # 201), filed May 3, 2006.  Plaintiff Clark Spalsbury requests written discovery "to determine the facts and fairly evaluate [defendant's] fee request."  He also requests additional time as he needs to "request a discovery order, to conduct written discovery, to evaluate the fee request, and to file a final objection and request hearing if needed."

Mr. Spalsbury has not shown a good faith basis for discovery in these circumstances, nor has he cited any legal authority for his request.  This Court's award of attorneys' fees to Defendant Cynthia Sisson is not an opportunity to embark on satellite litigation, further delaying the completion of this suit.  *See LeBlang Motors, Ltd. v. Subaru of Am., Inc.*, 148 F.3d 680, 686 (7th Cir. 1998) (noting desire of "avoiding satellite litigation solely over fees").  The motions for discovery (Dkt. # 200) and extension of time (Dkt. # 201) are DENIED.  Plaintiff shall have seven (7) days from the date of this Order to file any final response to Ms. Sisson's fee request.  Any reply by Ms. Sisson shall be filed within seven (7) days thereafter.

DATED: May 5, 2006